**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

|  |  |  |
|---|---|---|
| LIDIETH MOJICA | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:15cv1110 (LMB/TCB) |
| SWIFTSHIPS, LLC, *et al.* | ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Upon motion of the parties, having settled this matter, this case is hereby DISMISSED with prejudice as to all claims and all parties, each party to bear its own fees and costs.

The Court retains jurisdiction over this case to enforce the settlement of the parties and the prior Orders in this case.

**SO ORDERED.**

Dated: February _____, 2016       _____
Alexandria, Virginia       Hon. Leonie M. Brinkema
     United States District Court Judge

February 17, 2016         WE ASK FOR THIS:

    ___*/s/*_____
    Peter C. Cohen
    Virginia Bar No. 66346
    pcohen@cbcblaw.com
    Nicholas J. Dilenschneider
    Virginia Bar No. 87459
    ndilenschneider@cbcblaw.com
    Victoria K. Clarke
    Virginia Bar No. 87397
    vclarke@cbcblaw.com
    CHARLSON BREDEHOFT COHEN
     & BROWN, P.C.
    11260 Roger Bacon Drive, Suite 201
    Reston, Virginia 20190
    (703) 318-6800 Telephone
    (703) 318-6808 Facsimile

    *Counsel for Plaintiff,*
     *Lidieth Mojica*


    ___*/s/*_____
    Benjamin G. Chew
    Rory E. Adams
    Joshua N. Drian
    Andrew Zimmitti (*pro hac vice*)
    MANATT, PHELPS & PHILLIPS LLP
    1050 Connecticut Avenue NW, Suite 600
    Washington, DC 20036
    Telephone: (202) 585-6614
    Facsimile: (202) 585-6600
    Email: bchew@manatt.com
       radams@manatt.com
       jdrian@manatt.com
       azimmitti@manatt.com

Ashraf Nubani, Esq.
VA Bar No. 43595
awn@awnpointlaw.com
AWN Point Law, PLLC
2650 Park A Tower Drive, Suite 801
Vienna, Virginia 22180
(703) 658-5151 Telephone

*Counsel for Defendants*
 *Swiftships, LLC, Khurram Shah,*
*Calvin Leleux, and Jeffrey Leleux*

# CERTIFICATE OF SERVICE

I hereby certify on the 17th day of February, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Benjamin G. Chew
Rory E. Adams
Joshua N. Drian
Andrew Zimmitti (*pro hac vice*)
MANATT, PHELPS & PHILLIPS LLP
1050 Connecticut Avenue NW, Suite 600
Washington, DC 20036
Telephone:    (202) 585-6614
Facsimile:    (202) 585-6600
Email:  bchew@manatt.com
         radams@manatt.com
         jdrian@manatt.com
         azimmitti@manatt.com

Ashraf Nubani, Esq.
VA Bar No. 43595
awn@awnpointlaw.com
AWN Point Law, PLLC
2650 Park A Tower Drive, Suite 801
Vienna, Virginia 22180
(703) 658-5151 Telephone

*Counsel for Defendants*
  *Swiftships, LLC, Khurram Shah,*
  *Calvin Leleux, and Jeffrey Leleux*

   */s/*
Peter C. Cohen
Virginia Bar No. 66346
pcohen@cbcblaw.com
CHARLSON BREDEHOFT COHEN
 & BROWN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile

*Counsel for Plaintiff,*
 *Lidieth Mojica*