# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# (Alexandria Division)

| | |
|---|---|
| LIDIETH MOJICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SWIFTSHIPS, LLC, *et al.* )<br>)<br>Defendants. )<br>) | Case No. 1:15cv1110 (LMB/TCB) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Upon motion of the parties, having settled this matter, this case is hereby DISMISSED with prejudice as to all claims and all parties, each party to bear its own fees and costs.

The Court retains jurisdiction over this case to enforce the settlement of the parties and the prior Orders in this case.

**SO ORDERED.**

Dated: February _18_, 2016
Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge