IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| LIDIETH MOJICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SWIFTSHIPS, LLC, *et al.* )<br>)<br>Defendants. )<br>) | Case No. 1:15cv1110 (LMB/TCB) |

## ORDER

THIS MATTER COMES BEFORE THE COURT on Plaintiff's Motion to Seal, and it appearing that:

(1) As Plaintiff's Motion to Enforce Settlement Agreement and Memorandum in Support Thereof ("Motion to Enforce"), and Attachments 1 and 2 thereto, include confidential information regarding the terms of a Settlement Agreement that has been entered into, Plaintiff seeks permission to file Plaintiff's Motion to Enforce and Attachments 1 and 2 under seal; and

(2) Before this Court may seal documents, "it must (1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000) (internal citations omitted); and

(3) In compliance with Local Rule 5 of the Rules of this Court and Ashcraft, Plaintiff has attached its to Motion to Seal a Public Notice of Plaintiff's Motion to Seal along with a proposed Order; and

(4) Plaintiff requests that the Court retain sealed materials until forty-five (45) days after a final Order is entered and requests that, unless the case is appealed, that any sealed materials be returned to counsel for the filing parties;

THEREFORE, based upon the filings of Plaintiff and the Court finding good cause has been shown, the Court hereby finds that less drastic alternatives to sealing the Motion to Enforce and Attachments 1 and 2 are not feasible and therefore it is

**ORDERED** that Plaintiff's Motion to Enforce Settlement Agreement and Memorandum in Support Thereof and Attachments 1 and 2 are to be filed under seal by the Clerk; and it is further

**ORDERED** that the Clerk shall retain sealed materials until forty-five (45) days after entry of a final Order, and, if the case is not appealed, any sealed materials shall be returned to counsel for the filing parties.

**SO ORDERED.**

Date: March 3, 2016

/s/ 
Leonie M. Brinkema
United States District Judge